```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
KENYATTA LATCHISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYATTA LATCHISON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>T. FELKER, Warden, et al. )<br>)<br>Respondents. )<br>) | No. CIV S-07-0370 FCD GGH<br><br>ORDER |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that MICHAEL B. BIGELOW shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 6/13/07                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  United States Magistrate Judge

latc0370.sub