**MICHAEL B. BIGELOW**

**Attorney at Law**

State Bar Number 065211

428 J Street, Suite 350

Sacramento, CA  95814

Telephone: (916) 443-0217

Attorney for Petitioner

Kenyatta Latchinson

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENYATTA LATCHINSON, | ) | No. CIV. S-07-0370 FCD GGH P |
| | ) | |
| Petitioner | ) | AMENDED STATUS CONFERENCE REPORT; |
| | ) | REQUEST FOR LATE FILING; |
| v. | ) | REQUEST FOR EXTENSION OF TIME |
| | ) | TO FILE; ORDER |
| | ) | |
| T. FELKER, Warden | ) | |
| | ) | |
| Respondents. | ) | |

By earlier order this Court requested a status report be filed on June 25, 2007 addressing various matters. This report is being filed two days due to the fact that on June 4, 2007 he was appointed to represent one of the defendants in a very complicated matter involving, *inter alia*, conspiracy to violate

1

--

the neutrality act. Simply stated, that matter is been all consuming. My client in that matter is Hmong and speaks only Hmong. His family is in Fresno and I have spent a great deal of time with them, both there and here. Understanding not only the charges, but the genesis of the problem as well, has taken an inordinate amount of time. On June 25, 2007, the day I had planned to file this status report, all of the defendants made their first appearance in district court. The balance of the day was spent in meetings with other counsel, my client and his family. The following day, yesterday, I simply failed file this pleading. The fault was mine and mine alone and I regret any inconvenience it may have caused.

    The forgoing having been said, I have requested and just recently received what appears to be the entire record in this matter. I have read the petition and am somewhat familiar with the facts. Nonetheless, I am not ready to address the issues presented by this Court, and would therefore respectfully request a brief extension of time to do so, up to and including July 16, 2007.

    I have discussed this request with respondent's counsel and he has graciously agreed.

DATED June 27, 2007           Respectfully submitted,

                                              /S/MICHAEL B. BIGELOW
                                              Michael B. Bigelow
                                              Attorney for Petitioner

1

2  **IT IS SO ORDERED**

3  Dated: 7/2/07                             /s/ Gregory G. Hollows

4                                            _____
                                             Hon. Gregory G. Hollows
5                                            Unites State Magistrate Judge

6  latc0370.po

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


3

--