IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENYATTA LATCHISON,

    Petitioner,                        No. CIV S-07-0370 FCD GGH P

    vs.

T. FELKER, Warden, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        A status and scheduling report in this matter was filed on July 22, 2007, pursuant to the court's order filed May 24, 2007. An extension of time for filing the statement was granted by order filed on July 2, 2007. On this occasion, the court will disregard the fact that the statement was filed almost a week beyond the July 16, 2007, extended deadline. However, it is not clear that the scheduling report, filed by petitioner, is a *joint* statement, which the court directed counsel for the parties to file. Nevertheless, after reviewing the status report, and in the interest of moving the case forward, the court issues the following ORDERS:

        1. Petitioner, having elected to stand on the existing petition, must file supplemental points and authorities within sixty days; thereafter, respondent must file an answer or dispositive motion within 45 days, after which petitioner must file any reply or opposition, as appropriate, within 30 days of service of respondent's responsive pleading; if respondent filed a

1  motion, respondent will have 15 days after service of an opposition to file a reply.

2      2. Although petitioner does not anticipate at this time the need for an evidentiary hearing, should he choose to move for an evidentiary hearing, petitioner must do so at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing, respondent must file any opposition within 30 days of service of the motion, and petitioner must file any reply within 15 days of service of any opposition.

DATED: 7/31/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
latc0370.pst