**MICHAEL B. BIGELOW**

**Attorney at Law**

State Bar Number 065211

428 J Street, Suite 350

Sacramento, CA  95814

Telephone: (916) 443-0217

Attorney for Petitioner

Kenyatta Latchison

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENYATTA LATCHISON, | ) | No. CIV. S-07-0370 FCD GGH P |
| | ) | |
| Petitioner | ) | |
| | ) | REQUEST FOR EOT TO FILE |
| v. | ) | SUPPLEMENTAL POINTS AND |
| | ) | AUHTORITIES; ORDER |
| T. FELKER, Warden | ) | |
| Respondents. | ) | |

By earlier order this Court requested supplemental points and authorities in the above reference matter to be filed by November 1, 2007. Undersigned counsel has been unable to complete the supplemental points and authorities in a timely manner due to his involvement in various other matters. In the past sixty days

1

--

I have been extensively involved in the development of a claim of factual innocence in the matter of Thornton v. Butler.  To that end, my investigator and I traveled to Little Rock Arkansas to meet with a witness. Thereafter, I was required to file a motion for stay and abeyance of federal proceedings on October 23, 2007. In order to justify my request, and because the factual basis is quite convoluted, my motion was far more exhaustive than the usual situation. In addition, I prepared and filed in the Ninth Circuit the opening brief in Hogan v Hamlet.  That brief was filed on October 21, 2007.  In Martin v Hubbard, a matter on remand from the Ninth Circuit, the attorney general has moved to dismiss. As part of the support of its motion, they have cited (surveyed) a multitude of cases which I have been attempting to review. In addition, in the Hmong case I have identified a number of witnesses I must interview and I have scheduled that interview for the latter part of this week and the first part of next week. Preparation for these interviews has required considerable time culling through the over 35,000 pages of discovery.

 Accordingly, it is respectfully requested that I be permitted up to and including November 30, 2007 within which to file said supplemental points and authorities.

On today's date I called respondent's counsel, Rene Chacon, and left a message on his machine.

DATED October 31, 2007                    Respectfully submitted,


                                          /S/MICHAEL B. BIGELOW
                                          Michael B. Bigelow
                                          Attorney for Petitioner


**IT IS SO ORDERED**

Dated: November 5, 2007
                                          /s/ Gregory G. Hollows
                                          Unites State Magistrate Judge

latc0370.po3

3

--