IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENYATTA LATCHISON,

      Petitioner,                      No. CIV S-07-0370 FCD GGH P

    vs.

T. FELKER, Warden, et al.,

      Respondents.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 13, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed December 13, 2007, are adopted in full;

2. Petitioner's unopposed request for a stay of this habeas petition, filed on November 30, 2007, is granted and this case is administratively closed;

3. Petitioner is directed to file a state supreme court petition for the purpose of exhausting the unexhausted claim, if one has not already been filed, within thirty days of the filed date of this order;

4. Petitioner is directed to inform this court within thirty days of the filing of the state supreme court decision as to the claim at issue, so that any stay that may be imposed in this matter may be lifted and this case proceed.

DATED: February 27, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE