1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENYATTA J. LATCHISON,

11               Petitioner,                    No. CIV S-07-0370 FCD GGH P

12        vs.

13   T. FELKER, Warden,

14               Respondents.              <u>ORDER</u>

15   _____/

16               Petitioner, a state prisoner proceeding pro se, is proceeding on a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On August 25, 2008, the stay in this proceeding was lifted

18   and petitioner filed an amended petition on August 19, 2008.

19               In accordance with the above, IT IS HEREBY ORDERED that:

20               1.  Respondents are directed to file a response to petitioner's amended habeas

21   petition within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254

22   Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

23   issues presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

24               2.  If the response to the amended habeas petition is an answer, petitioner's reply,

25   if any, shall be filed and served within thirty days after service of the answer;

26   \\\\\

1

1          3.  If the response to the amended habeas petition is a motion, petitioner's

2  opposition or statement of non-opposition to the motion shall be filed and served within thirty

3  days after service of the motion, and respondents' reply, if any, shall be filed and served within

4  fifteen days thereafter;

5          4.  The Clerk of the Court shall send a copy of *the consent/reassignment form*

6  *contemplated by Appendix A(k) to the Local Rules of this court*.

7  DATED: 10/06/08

                          /s/ Gregory G. Hollows

8

                          UNITED STATES MAGISTRATE JUDGE

9  GGH:035

    latc0370.brf

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26